```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                             Case No. 20-02596-HWV
Mary F. Williams                                                   Chapter 13
       Debtor                      CERTIFICATE OF NOTICE

District/off: 0314-1         User: AutoDocke          Page 1 of 2               Date Rcvd: Sep 01, 2020
                             Form ID: 309I            Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2020.
```
db         +Mary F. Williams,    683 Keckler Rd.,    Harrisburg, PA 17111-3164
5355685    +Carol L Williams,    1128 Blackheath Dr.,    Harrisburg, PA 17109-1205
5355690    +Ditech,   Attn: Bankruptcy,    Po Box 6172,    Rapid City, SD 57709-6172
5355691    +Elizabeth H. Feather, Esq.,     Caldwell & Kearns, P.C.,    3631 N. Front St.,
             Harrisburg, PA 17110-1500
5355692    +Lehigh An Assoc,    Po Box 90301,    Allentown, PA 18109-0301
5355694    +OIP,   3399 Trindle Road,    Camp Hill, PA 17011-2286
5355700    +Office of Attorney General,     Financial Enforcement,    Section, Stra,
             Harrisburg, PA 17120-0001
5355701    +U.S. Department of Justice,     PO Box 227, Ben Franklin Station,    Washington, DC 20044-0227
5355703     United States Attorney,    PO Box 11754,    Harrisburg, PA 17108-1754
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: jmh@johnhyamslaw.com Sep 01 2020 19:17:33     John Matthew Hyams,
             Law Offices of John M. Hyams,    2023 N 2nd St,   Harrisburg, PA  17102
tr         +E-mail/Text: dehartstaff@pamd13trustee.com Sep 01 2020 19:17:59
             Charles J DeHart, III (Trustee),    8125 Adams Drive, Suite A,   Hummelstown, PA 17036-8625
ust        +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Sep 01 2020 19:17:52     United States Trustee,
             228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
5355684    +EDI: CAPITALONE.COM Sep 01 2020 23:13:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
             Salt Lake City, UT 84130-0285
5355686    +E-mail/Text: BKBCNMAIL@carringtonms.com Sep 01 2020 19:17:41     Carrington Mortgage Services,
             Attn: Bankruptcy,    Po Box 3730,   Anaheim, CA 92803-3730
5355688    +EDI: CITICORP.COM Sep 01 2020 23:13:00      Citibank/The Home Depot,
             Citicorp Credit Srvs/Centralized Bk dept,    Po Box 790034,    St Louis, MO 63179-0034
5355689    +E-mail/PDF: creditonebknotifications@resurgent.com Sep 01 2020 19:26:30      Credit One Bank,
             Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
5355698     E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Sep 01 2020 19:17:43
             Bureau of Employer Tax Operations,    PO Box 68568,   Harrisburg, PA 17106
5355699     EDI: IRS.COM Sep 01 2020 23:13:00      Internal Revenue Service,   PO Box 7346,
             Philadelphia, PA 19101-7346
5355687     EDI: JPMORGANCHASE Sep 01 2020 23:13:00      Chase Card Services,   Attn: Bankruptcy,
             Po Box 15298,    Wilmington, DE 19850
5355693    +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 01 2020 19:26:29
             Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,   Old Bethpage, NY 11804-9001
5355695    +EDI: AGFINANCE.COM Sep 01 2020 23:13:00      OneMain Financial,   Attn: Bankruptcy,
             Po Box 3251,    Evansville, IN 47731-3251
5355702     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2020 19:17:51     PA Department of Revenue,
             Department 280946, Attn:Bankruptcy,    Harrisburg, PA 17128-0946
5355696     E-mail/Text: blegal@phfa.org Sep 01 2020 19:17:53     Pennsylvania Housing Finance Agency,
             Attn: Bankruptcy,    Po Box 8029,   Harrisburg, PA 17105
5355697    +EDI: WFFC.COM Sep 01 2020 23:13:00      Wells Fargo Bank NA,   Attn: Bankruptcy,
             1 Home Campus Mac X2303-01a,    Des Moines, IA 50328-0001
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1                User: AutoDocke              Page 2 of 2                   Date Rcvd: Sep 01, 2020
                                    Form ID: 309I                Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2020 at the address(es) listed below:
         Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
         John Matthew Hyams    on behalf of Debtor 1 Mary F. Williams jmh@johnhyamslaw.com,
          acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                                                                                                                   TOTAL: 3

|   | Information to identify the case: | | | | | |
|---|---|---|---|---|---|---|
| Debtor 1: | Mary F. Williams | | | Social Security number or ITIN: xxx–xx–0868 | | |
| | First Name | Middle Name | Last Name | EIN: __–_____ | | |
| Debtor 2: (Spouse, if filing) | First Name | Middle Name | Last Name | Social Security number or ITIN: ____ EIN: __–_____ | | |
| United States Bankruptcy Court: Middle District of Pennsylvania | | | | Date case filed for chapter: | 13 | 8/31/20 |
| Case number: 1:20–bk–02596–HWV | | | | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

9/19

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Mary F. Williams | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 683 Keckler Rd. Harrisburg, PA 17111 | |
| 4. | **Debtor's attorney** Name and address | John Matthew Hyams Law Offices of John M. Hyams 2023 N 2nd St Harrisburg, PA 17102 | Contact phone 717–520–0300 Email: jmh@johnhyamslaw.com |
| 5. | **Bankruptcy trustee** Name and address | Charles J DeHart, III (Trustee) 8125 Adams Drive, Suite A Hummelstown, PA 17036 | Contact phone 717 566–6097 Email: dehartstaff@pamd13trustee.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 | Hours open: Monday – Friday 9:00 AM to 4:00 PM Contact phone (717) 901–2800 Date: 9/1/20 |

**For more information, see page 2**

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 1, 2020 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification and proof of social security number are required *** | **Location:**<br>**341 meeting by video conference, further details will be provided to you** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/30/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/9/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/27/21** |
| | **Deadlines for filing proof of claim:**<br>  A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |