UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARY F. WILLIAMS : CHAPTER 13
    Debtor(s) :
  :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
  :
    vs. :
  :
MARY F. WILLIAMS :
    Respondent(s) : CASE NO. 1-20-bk-02596

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 1st day of October, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, debtor has excess non-exempt equity in the following:

    a. Residential real estate

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

                      Respectfully submitted:

                      /s/Charles J. DeHart, III
                      Standing Chapter 13 Trustee
                      8125 Adams Drive, Suite A
                      Hummelstown, PA 17036
                      (717) 566-6097

# CERTIFICATE OF SERVICE

AND NOW, this 8th day of October, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee