In re:

Mary F. Williams
    Debtor

Case No. 20-02596-HWV

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2023 | Form ID: 3180W | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary F. Williams, 683 Keckler Rd., Harrisburg, PA 17111-3164 |
| 5368373 | + | CAROL WILLIAMS, C/O CALDWELL & KEARNS, P.C., 3631 NORTH FRONT STREET, HARRISBURG, PA 17110-1533 |
| 5355685 | + | Carol L Williams, 1128 Blackheath Dr., Harrisburg, PA 17109-1205 |
| 5355690 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 5355691 | + | Elizabeth H. Feather, Esq., Caldwell & Kearns, P.C., 3631 N. Front St., Harrisburg, PA 17110-1500 |
| 5355692 | + | Lehigh An Assoc, Po Box 90301, Allentown, PA 18109-0301 |
| 5355694 | + | OIP, 3399 Trindle Road, Camp Hill, PA 17011-2286 |
| 5355703 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5355684 | + EDI: CAPITALONE.COM | Oct 23 2023 22:41:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5365396 | EDI: CAPITALONE.COM | Oct 23 2023 22:41:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5355686 | + Email/Text: BKBCNMAIL@carringtonms.com | Oct 23 2023 18:39:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 5365117 | + Email/Text: BKBCNMAIL@carringtonms.com | Oct 23 2023 18:39:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 5370906 | EDI: CITICORP.COM | Oct 23 2023 22:41:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5355688 | + EDI: CITICORP.COM | Oct 23 2023 22:41:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5355689 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 23 2023 18:49:41 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5355698 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 23 2023 18:39:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5355699 | EDI: IRS.COM | Oct 23 2023 22:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5355687 | EDI: JPMORGANCHASE | Oct 23 2023 22:41:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5359290 | + Email/Text: RASEBN@raslg.com | Oct 23 2023 18:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5371384 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 23 2023 18:49:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5365303 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| | | | Oct 23 2023 18:49:20 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
|---|---|---|---|---|
| 5355693 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Oct 23 2023 18:49:20 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5357498 | | EDI: AGFINANCE.COM | | |
| | | | Oct 23 2023 22:41:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5355695 | + | EDI: AGFINANCE.COM | | |
| | | | Oct 23 2023 22:41:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5355702 | | EDI: PENNDEPTREV | | |
| | | | Oct 23 2023 22:41:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5355702 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Oct 23 2023 18:39:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5355696 | | Email/Text: blegal@phfa.org | | |
| | | | Oct 23 2023 18:39:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 5355700 | | Email/Text: fesbank@attorneygeneral.gov | | |
| | | | Oct 23 2023 18:39:00 | Office of Attorney General, Financial Enforcement, Section, Stra, Harrisburg, PA 17120 |
| 5368003 | | Email/Text: bkdepartment@rtresolutions.com | | |
| | | | Oct 23 2023 18:39:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite 150, Dallas, Texas 75247-4029 |
| 5355701 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | | |
| | | | Oct 23 2023 18:39:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5370262 | | EDI: AIS.COM | | |
| | | | Oct 23 2023 22:41:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5355697 | + | EDI: WFFC2 | | |
| | | | Oct 23 2023 22:41:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 5357497 | | EDI: WFFC2 | | |
| | | | Oct 23 2023 22:41:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3 bkgroup@kmllawgroup.com |
| John Matthew Hyams | on behalf of Debtor 1 Mary F. Williams jmh@johnhyamslaw.com acb@johnhyamslaw.com;ccv@johnhyamslaw.com;dlh@johnhyamslaw.com |
| Keri P Ebeck | on behalf of Creditor Real Time Resolutions  Inc., as Agent for CVI Loan Trust I kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;politicsci2@gmail.com;kebeck@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| | | |
|---|---|---|
| Debtor 1 | **Mary F. Williams** | Social Security number or ITIN   xxx–xx–0868 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 | | Social Security number or ITIN   ____ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20–bk–02596–HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mary F. Williams

**By the court:**

_10/23/23_

Henry W. Van Eck, Chief Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 1:20-bk-02596-HWV    Doc 34    Filed 10/25/23    Entered 10/26/23 00:22:37    Desc
Imaged Certificate of Notice    Page 6 of 6